IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CR3135 |
| ) | |
| MALCOLM WILKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 42, now set for August 31, 2011, at 1:00 p.m., to a time and date convenient to the Court during the first week of November, 2011. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 16th day of November, 2011, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 30th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge