IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3135 |
| | ) | |
| V. | ) | |
| | ) | |
| MALCOLM D. WILKS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the advice of the Probation Officer and with the agreement of counsel,

IT IS ORDERED that the petition for offender under supervision (filing 33) is dismissed without prejudice. The defendant's November 16, 2011 revocation hearing is canceled.

DATED this 15th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge